IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ALICE GENTRY )
    Plaintiff )
)
vs. ) No. 3:05-CV-213
)
CAMPBELL COUNTY BOARD OF )
EDUCATION )
    Defendant )
)

## MOTION REQUESTING PARTIAL NON-SUIT

Comes the plaintiff and non-suits all claims set forth in paragraphs 11 and 12 of the Complaint, relative to a denial of services by the defendant "Board" under the American with Disabilities Act, Section 504.

ENTERED this ____ day of _____, 2005.


                      ALICE GENTRY

                BY:   s/J. Stephen Hurst
                        J. STEPHEN HURST

PREPARED BY:
J. STEPHEN HURST
Attorney
210 W. Central Ave.
P.O. Box 1391
LaFollette, TN 37766
(423) 562-2656
BPR #547

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing MOTION REQUESTING PARTIAL NON-SUIT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.
      This _____ day of _____, 2005.

                              s/J. Stephen Hurst
                              ROGERS & HURST